UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

ESTATE OF TUCKER WESTFALL,
TRACY WESTFALL and DALE WESTFALL,

      Case No.: 3:20-CV-00608

    Plaintiffs,

v.

POLARIS INDUSTRIES INC.,
ABC COMPANY,
and DEF INSURANCE COMPANY,

    Defendants.

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that the above-entitled action can be dismissed, with prejudice, and without costs to any party.

Dated this 25th day of May, 2021.

        **DAVCZYK & VARLINE, LLC,**
        Attorneys for Plaintiffs, Estate of Tucker Westfall,
        Tracy Westfall and Dale Westfall

By:   *s/Daniel W. Varline*_____
        Daniel W. Varline
        WI State Bar No. 1024016
        P.O. Box 1192, Wausau, WI 54402-1192
        (715) 675-7777
        dvarline@dvlawoffice.com

Dated this 25th day of May, 2021.

                                  **YOST & BAILL, LLP**
                                  Attorneys for Intervening Plaintiff, Secura Insurance, A Mutual Company

By:   *s/Phillip C. Theesfeld*_____
       Phillip C. Theesfeld
       State Bar No. 1021441
       2675 North Mayfair Road, Suite 600
       Milwaukee, WI 53226
       (414) 259-0600
       ptheesfeld@yostbaill.com

Dated this 25th day of May, 2021.

                                  **BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**
                                  Attorneys for Defendant, Polaris Industries Inc.

By:   *s/Michael J. Montgomery*_____
       Michael J. Montgomery
       State Bar No.
       200 Public Square, Suite 2300
       Cleveland, OH 44114-2378
       (216) 363-4500
       mmontgomery@beneschlaw.com

**Prepared by:**
Daniel W. Varline
Davczyk & Varline, LLC
1400 Merrill Avenue
Wausau, WI 54402-1192
Ph. 715-675-7777
Fax: 715-675-8888
dvarline@dvlawoffice.com