UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

ESTATE OF TUCKER WESTFALL,
TRACY WESTFALL and DALE WESTFALL,

        Plaintiffs,

Case No.: 3:20-CV-00608

v.

POLARIS INDUSTRIES INC.,
ABC COMPANY,
and DEF INSURANCE COMPANY,

        Defendants.

## ORDER FOR DISMISSAL

IT IS HEREBY ORDERED, based upon the foregoing stipulation, that the above-entitled matter is hereby dismissed, with prejudice, without costs to any party.

Dated this _____ day of May, 2021.

BY THE COURT:

_____
Honorable James D. Peterson,
United States District Court Judge

**Prepared by:**
Daniel W. Varline
Davczyk & Varline, LLC
1400 Merrill Avenue
Wausau, WI  54402-1192
Ph. 715-675-7777
Fax: 715-675-8888
E-mail: dvarline@dvlawoffice.com